**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONNA AGUIRRE, ON BEHALF OF
HERSELF AND THOSE SIMILARLY
SITUATED,

     Plaintiffs,

-vs-             Case No. 6:08-cv-990-Orl-28GJK

ABERCROMBIE ENTERTAINMENT
ARTS, LLC, JERRY ABERCROMBIE,

     Defendants.
_____

# ORDER

  This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 12) filed August 18, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

  After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1. That the Report and Recommendation filed December 16, 2008 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. Plaintiff's Motion for Entry of Default Judgment (Doc. No. 12) is **GRANTED in part.**

3. Judgment is hereby entered in favor of Plaintiff, Donna Aguirre, and against Defendants, Abercrombie Entertainment Arts, LLC and Jerry Abercrombie, jointly and severally, in the total amount of $7,487.97. This total amount is comprised of the following:

 a. $3,843.00 for unpaid overtime compensation including liquidated damages;

 b. $2,520.00 in unpaid wages;

 c. $635.00 in reasonable attorney's fees; and

 d. $489.97 in costs.

4. The collective allegations of the Complaint are dismissed.

5. The Clerk is directed to enter judgment in accordance with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of January, 2009.

              JOHN ANTOON II
              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party